**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMAN MOVSESYAN & MANE MOVSESYAN,<br>Petitioners,<br>v.<br>WARDEN, Adelanto ICE Processing Center, et al.,<br>Respondents. | Case No. 5:26-cv-04358-MBK<br>ORDER GRANTING PETITION AND ISSUING A WRIT OF HABEAS CORPUS |

## I. SUMMARY OF ORDER

Petitioners Arman Movsesyan and Mane Movsesyan are in the custody of the Department of Homeland Security ("DHS") at the Adelanto Detention Facility. In this action, Petitioners challenge the legality of their re-detention without notice or an opportunity to be heard and ask for immediate release from custody. Respondents do not oppose the Petition. The Court therefore

orders that the Petition be granted and that Respondents immediately release Petitioners from their custody.

## II. FACTS AND PROCEDURAL HISTORY

Petitioners Arman Movsesyan and Mane Movsesyan, father and daughter, are native and citizens of Armenia who entered the United States through the CBP One Application on or around December 14, 2022. Dkt. 1 at 10. They were initially detained by DHS at that time, determined not be a flight risk or danger to the community, and released pursuant to humanitarian parole under 8 U.S.C. § 1182(d)(5). *Id.*

Between their entry and re-detention, Petitioners resided with family in the United States, applied for asylum, and received Employment Authorization documents. *Id.* Arman was gainfully employed, created community ties, and had no criminal arrests or convictions. *Id.* Mane, an exemplary student, was accepted to the University of California at Berkeley. *Id.* Petitioners appeared at their required check-ins every six months. *Id.* When Petitioners arrived for their scheduled check-in with ICE on July 27, 2026, they were detained without notice, an explanation for their re-detention, or a pre-deprivation hearing. *Id.*

Petitioners filed the instant Petition on August 3, 2026. Dkt. 1. They contend that their re-detention violates several immigration statutes and regulations, the Administrative Procedure Act, and the Fifth Amendment. *Id.* at 11-16. Petitioners ask the Court to order their immediate release from custody and enjoin Respondents from re-detaining them without a hearing before a neutral arbiter in which the government bears the burden of proving, by clear and convincing evidence, that Petitioners are a flight risk or danger to the community. *Id.* at 16-17. The Court issued Notice of General Order 26-

05 and Briefing Schedule on August 4 2026. Dkt. 5.

Respondents timely filed their Answer on August 11, 2026. Dkt. 7. They "are not presenting an opposition argument at this time" and ask that the relief entered be "consistent with the 'expeditious resolution' of § 2241 Immigration Petitions required by the General Order." *Id.* at 2. Petitioners filed their Reply on August 11, 2026. Dkt. 8. The parties consented to jurisdiction of the undersigned Magistrate Judge.

## III. DISCUSSION

Petitioners Arman Movsesyan and Mane Movsesyan argue, *inter alia*, that they are entitled to immediate release from custody because their re-detention without notice or a hearing violates procedural due process. Respondents do not oppose the Petition. This Court has previously found that noncitizens in circumstances comparable to Petitioners were entitled to release because their re-detention without a hearing or a material change in circumstances violated due process. *See e.g., Sun v. Warden of Adelanto ICE Processing Center, et al.*, No. 5:26-CV-03595-MBK, 2026 WL 2058437, at *1 (C.D. Cal. July 14, 2026); *Yataco v. Warden, Adelanto Det. Facility*, No. 5:25-cv-03229-JAK-MBK, 2025 WL 4065463, at *4 (C.D. Cal. Dec. 26, 2025), *adopted*, 2026 WL 158151 (C.D. Cal. Jan. 16, 2026). Based on Respondents' non-opposition and for the reasons stated in those decisions, the Court finds that Petitioners are entitled to release based on their due process claims.

## IV. CONCLUSION

For the foregoing reasons, the Court ORDERS that (1) Judgment be entered GRANTING the Petition; (2) a writ of habeas corpus be issued

requiring Arman Movsesyan's (A# 246-255-733) and Mane Movsesyan's (A# 246-255-734) immediate release and enjoining Respondents from re-detaining them without first providing notice and a hearing before a neutral arbiter in which the government bears the burden of proving, by clear and convincing evidence, that Petitioners are a flight risk or danger to the community; and (3) Respondents shall file a status report no later than three (3) days from the date of this Order confirming that Petitioners have been released from Respondents' custody consistent with this order.

Dated: August 12, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE