JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMAN MOVSESYAN & MANE MOVSESYAN,<br>Petitioners,<br>v.<br>WARDEN, Adelanto ICE Processing Center, et al.,<br>Respondents. | Case No. 5:26-cv-04358-MBK<br>JUDGMENT |

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition is GRANTED.

Dated: August 12, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE